Date: 06/08/11

**DIVIDENDS REMITTED TO THE COURT**

Check Number 1010 Dated 06/08/11

Case Number 10-36194 - SCHEID, GREGORY W.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | 000010 | 67.32 | 4.27 |
|  |  | 67.32 | 4.27 |

---------- Remittance Total ----------

*[signature]*

CHARLES W. RIES, Trustee

RECEIVED 11 JUN 14 PM 12:36 U.S. BANKRUPTCY COURT ST. PAUL, MN
RECEIVED 11 JUN 10 PM 12:54 U.S. BANKRUPTCY COURT ST. PAUL, MN